UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI, LLC
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
Attorney for Debtor(s)

In Re:
Miranda, Bernadette

Order Filed on January 11, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 22-11342
Chapter: 13
Judge: MBK

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 11, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on May 12, 2022 :

Property: 741 Mehar Court, Toms River, NJ 08753

Creditor: Selene Finance

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by the debtor , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including 4/3/23 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 22-11342-MBK
Bernadette M. Miranda                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                     User: admin                                          Page 1 of 2
Date Rcvd: Jan 11, 2023                               Form ID: pdf903                                 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bernadette M. Miranda, 741 Mehar Ct, Toms River, NJ 08753-4395 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2023                                           Signature:           /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor DLJ Mortgage Capital Inc ajennings@raslg.com |
| Daniel E. Straffi | on behalf of Debtor Bernadette M. Miranda bkclient@straffilaw.com G25938@notify.cincompass.com |
| Denise E. Carlon | on behalf of Creditor DLJ Mortgage Capital Inc dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor DLJ Mortgage Capital Inc hkaplan@rasnj.com, kimwilson@raslg.com |
| Sindi Mncina | on behalf of Creditor DLJ Mortgage Capital Inc smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Jan 11, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 8