Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11342−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bernadette M. Miranda
   aka Bernadette Miranda
   741 Mehar Ct
   Toms River, NJ 08753−4395

Social Security No.:
   xxx−xx−2645

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/11/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 12, 2023
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:       Case No. 22-11342-MBK

Bernadette M. Miranda       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: May 12, 2023      Form ID: 148      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bernadette M. Miranda, 741 Mehar Ct, Toms River, NJ 08753-4395 |
| 519512315 | | NJ Manfacturers Insurance, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 519512317 | | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 519512318 | # | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 12 2023 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 12 2023 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | May 12 2023 20:35:00 | DLJ Mortgage Capital, Inc, Robertson, Anschutz, Schneid, Crane & pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| lm | + | Email/Text: bkteam@selenefinance.com | May 12 2023 20:35:00 | SELENE FINANCE, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 519512304 | | EDI: HFC.COM | May 13 2023 00:24:00 | Benfcl/hfc, PO Box 3425, Buffalo, NY 14240-3425 |
| 519512305 | | EDI: CITICORP.COM | May 13 2023 00:24:00 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519512306 | | EDI: CITICORP.COM | May 13 2023 00:24:00 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519512307 | | EDI: WFNNB.COM | May 13 2023 00:24:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519512308 | | EDI: WFNNB.COM | May 13 2023 00:24:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519572674 | + | Email/Text: bkteam@selenefinance.com | May 12 2023 20:35:00 | DLJ Mortgage Capital, Inc, c/o Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 519821457 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2023 20:35:00 | DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519821458 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 12 2023 20:35:00 | DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0450, DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing, Inc. 84165-0250 |
| 519512314 | + | EDI: CITICORP.COM | May 13 2023 00:24:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2023 | Form ID: 148 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | | Mason, OH 45040-8999 |
| 519512309 | | Email/Text: nculp@firstffcu.com | May 12 2023 20:35:00 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 519512310 | | Email/Text: Atlanticus@ebn.phinsolutions.com | May 12 2023 20:34:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 519512311 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 12 2023 20:35:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519512312 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | May 12 2023 20:35:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519512313 | + | EDI: CITICORP.COM | May 13 2023 00:24:00 | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519512316 | + | Email/Text: bkteam@selenefinance.com | May 12 2023 20:35:00 | Selene Finance Lp, 9990 Richmond Ave Ste 40, Houston, TX 77042-4559 |
| 519572967 | + | Email/Text: mtgbk@shellpointmtg.com | May 12 2023 20:35:00 | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 519513886 | + | EDI: RMSC.COM | May 13 2023 00:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519512321 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 12 2023 20:35:00 | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519512319 | | Email/Text: Atlanticus@ebn.phinsolutions.com | May 12 2023 20:34:00 | Tbom/Atls/Fortiva Thd, PO Box 105555, Atlanta, GA 30348-5555 |
| 519512320 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 12 2023 20:35:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 12, 2023 | Form ID: 148 | Total Noticed: 28

Aleisha Candace Jennings
   on behalf of Creditor DLJ Mortgage Capital  Inc ajennings@raslg.com

Daniel E. Straffi
   on behalf of Debtor Bernadette M. Miranda bkclient@straffilaw.com  G25938@notify.cincompass.com

Denise E. Carlon
   on behalf of Creditor DLJ Mortgage Capital  Inc dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
   on behalf of Creditor DLJ Mortgage Capital  Inc hkaplan@rasnj.com, kimwilson@raslg.com

Sindi Mncina
   on behalf of Creditor DLJ Mortgage Capital  Inc smncina@raslg.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8