Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−11342−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bernadette M. Miranda
   aka Bernadette Miranda
   741 Mehar Ct
   Toms River, NJ 08753−4395

Social Security No.:
   xxx−xx−2645

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      8/9/23
Time:      02:00 PM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Daniel E. Straffi, Debtor's Attorney

COMMISSION OR FEES
fee: $2520.00

EXPENSES
expenses: $0.00

If this is a chapter 13 case, the fees and expenses awarded:

☑     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 7, 2023
JAN:

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-11342-MBK

Bernadette M. Miranda  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Jul 07, 2023    Form ID: 137    Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Bernadette M. Miranda, 741 Mehar Ct, Toms River, NJ 08753-4395 |
| 519512315 | NJ Manfacturers Insurance, 925 Westchester Ave Ste 101, White Plains, NY 10604-3562 |
| 519512317 | Shellpoint Mortgage Servicing, PO Box 619063, Dallas, TX 75261-9063 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 07 2023 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 07 2023 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/Text: RASEBN@raslg.com | Jul 07 2023 20:51:00 | DLJ Mortgage Capital, Inc, Robertson, Anschutz, Schneid, Crane & pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| lm | + Email/Text: bkteam@selenefinance.com | Jul 07 2023 20:52:00 | SELENE FINANCE, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 519512304 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jul 07 2023 20:51:00 | Benfcl/hfc, PO Box 3425, Buffalo, NY 14240-3425 |
| 519512305 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2023 21:09:35 | Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519512306 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2023 21:09:36 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 519512307 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2023 20:52:00 | Comenitybank/New York, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 519512308 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 07 2023 20:52:00 | Comenitybank/Ny&Co, PO Box 182789, Columbus, OH 43218-2789 |
| 519572674 | + Email/Text: bkteam@selenefinance.com | Jul 07 2023 20:52:00 | DLJ Mortgage Capital, Inc, c/o Selene Finance, LP, 3501 Olympus Blvd., Ste. 500, Dallas, TX 75019-6295 |
| 519821457 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 07 2023 20:53:00 | DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519821458 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 07 2023 20:53:00 | DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0450, DLJ Mortgage Capital, Inc., C/O Select Portfolio Servicing, Inc. 84165-0250 |
| 519512314 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2023 21:09:47 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Blvd, |

Case 22-11342-MBK    Doc 51    Filed 07/09/23    Entered 07/10/23 00:15:40    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: 137 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Mason, OH 45040-8999 |
| 519512309 | | Email/Text: nculp@firstffcu.com | Jul 07 2023 20:53:47 | First Financial Fed Cu, PO Box 1172, Toms River, NJ 08754-1172 |
| 519512310 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 07 2023 20:51:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 519512311 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 07 2023 20:53:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519512312 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jul 07 2023 20:53:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519512313 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2023 20:58:05 | Macys/dsnb, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 519512316 | + | Email/Text: bkteam@selenefinance.com | Jul 07 2023 20:52:00 | Selene Finance Lp, 9990 Richmond Ave Ste 40, Houston, TX 77042-4559 |
| 519572967 | + | Email/Text: mtgbk@shellpointmtg.com | Jul 07 2023 20:51:00 | Shellpoint Mortgage Servicing, P. O. Box 19024, Greenville, SC 29602-9024 |
| 519513886 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 07 2023 20:59:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519512321 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 07 2023 20:52:00 | Toyota Motor Credit, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 519512319 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Jul 07 2023 20:51:00 | Tbom/Atls/Fortiva Thd, PO Box 105555, Atlanta, GA 30348-5555 |
| 519512320 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 07 2023 20:52:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519512318 | ## | Stern & Eisenberg, PC, 1040 Kings Hwy N Ste 407, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 09, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

Case 22-11342-MBK    Doc 51    Filed 07/09/23    Entered 07/10/23 00:15:40    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 07, 2023 | Form ID: 137 | Total Noticed: 27 |

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

docs@russotrustee.com

Aleisha Candace Jennings
on behalf of Creditor DLJ Mortgage Capital Inc ajennings@raslg.com

Daniel E. Straffi
on behalf of Debtor Bernadette M. Miranda bkclient@straffilaw.com
g25938@notify.cincompass.com;jr..daniels.b124806@notify.bestcase.com

Denise E. Carlon
on behalf of Creditor DLJ Mortgage Capital Inc dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
on behalf of Creditor DLJ Mortgage Capital Inc hkaplan@rasnj.com, kimwilson@raslg.com

Sindi Mncina
on behalf of Creditor DLJ Mortgage Capital Inc smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8